# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:04-CR-123 |
| | ) (Phillips) |
| OSCAR ARMANDO BUESO | ) |

## ORDER

Defendant has moved for reconsideration of the court's order denying defendant's motion to relieve him from making any restitution payments until his release from incarceration, and to exempt him from participation in the Bureau of Prisons Financial Responsibility Program [Doc. 51]. For the reasons stated in the court's order entered May 5, 2006 [Doc. 50], defendant's motion for reconsideration is **DENIED.**

**ENTER:**

    s/ Thomas W. Phillips
    United States District Judge